UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>KENNY TERRIAL RUSSELL,<br><br>　　　　　Defendant(s). | NO. CR02-426P<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Defendant has made a motion for the return of certain property seized from his residence in the course of a warrant search (Dkt. No. 98); the Government has filed a response conceding that Defendant is entitled to the requested items but indicating that the items are not in the position of the U.S. Government and are believed to be in the custody of the King County Sheriff's Department (Dkt. No. 99).  They have requested that a status conference be set within 30 days to confirm whether the property has been returned to Defendant.

IT IS ORDERED that the following items seized from Mr. Russell be returned to him:

- HP Brother 5-in-1 Fax Machine (S/N U6509G0K29991)
- Panasonic Fax Machine (S/N 9LAFA020935)
- Logitech Quick Camera (S/N LZA13651757)
- Iomega Zip Drive (S/N 7BEL46LHUG)
- Sony Digital Camera (S/N 181766)
- Three (3) Cellular Telephones
- Northface Jacket and Pants
- $2,923.00 in genuine U.S. Currency

MINUTE ORDER

IT IS FURTHER ORDERED that a status hearing is set for March __9__, 2007 at 10:00 a.m. to determine whether the property has been returned. If the items are returned prior to that date, the parties shall notify the Court and need not appear. If the property has not yet been returned by the date of the hearing, counsel for the Government and Defendant shall appear before this Court to advise on the status of the return of the property (Defendant need not appear personally).

Filed this __20th day of February, 2007.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
     Deputy Clerk

MINUTE ORDER